**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **LORIANN DEUEL,** ) | |
| **LORRAINE DEUEL,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:11-cv-466 |
| ) | |
| **FRANK T. DALTON,** *et al.,* ) | Judge Trauger |
| ) | Magistrate Judge Knowles |
| Defendants. ) | |

## ORDER

Before the court are the plaintiffs' objections (ECF No. 19) to Magistrate Judge Knowles' Report and Recommendation (ECF No. 15), recommending that the plaintiffs' claims be dismissed for failure to state a claim upon which relief may be granted. For the reasons set forth in the accompanying Memorandum Opinion, the plaintiffs' objections are hereby **OVERRULED**. The court **ACCEPTS AND ADOPTS** Judge Knowles' Report & Recommendation with modifications as set forth in the accompanying Memorandum. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The plaintiffs' claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**. The state-law claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge